IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  05-30025 |
| | ) | |
| EFRAN SANCHEZ and | ) | |
| JESUS SANCHEZ, | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION AND FINAL ORDER OF FORFEITURE**

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on the Motion of the United States for a Final Order of Forfeiture, With Supporting Suggestions (d/e 84). The Court has reviewed the Motion and the court file and makes the following findings:

On April 19, 2006, this Court entered a Preliminary Order of Forfeiture and Seizure (d/e 60) pursuant to the provisions of 21 U.S.C. §853 based upon Defendants EFRAN SANCHEZ and JESUS SANCHEZ's plea and stipulation to the conduct which forms the basis of the forfeiture count of the Superseding Indictment.

1

On June 3, 10, and 17, 2006, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property.  Certificate of Publication (d/e 70).

No petitions or claims have been filed.

THEREFORE, the Motion of the United States for a Final Order of Forfeiture, With Supporting Suggestions (d/e 84) is ALLOWED. ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

A. All right, title and interest in and to one 2000 Green Plymouth Mini-van, VIN No. 2P4GP44G0YR594563 is hereby forfeited to the United States;

B. The United States Marshal Service, or its agents or representatives, is hereby authorized to dispose of said property in accordance with law.

IT IS THEREFORE SO ORDERED.

ENTER: February 23, 2007.

FOR THE COURT:

                                                   s/ Jeanne E. Scott
                                                   JEANNE E. SCOTT
                                    UNITED STATES DISTRICT JUDGE